UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   20-80091-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARL LAWRENCE COBB,

    Defendant.
_____/

### ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the court upon the Report and Recommendation [DE 45] issued by United States Magistrate Judge William Matthewman on December 23, 2020.

The court has considered the Report and Recommendation, the pertinent parts of the record and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**. The Defendant is hereby adjudicated guilty as to Count One of the Information.

**DONE and ORDERED** in West Palm Beach, this 4th day of March, 2021.

                                                KENNETH A. MARRA
                                                United States District Judge

cc:   All counsel